UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

**CYLINDA VICKERY,**

    Plaintiff,

v.                                          Case No: 5:21-cv-122-GKS-PRL

**COMMISSIONER OF SOCIAL SECURITY,**

    Defendant.

_____

**ORDER**

This matter is before the Court on the Commissioner's opposed motion to dismiss Plaintiff's constitutional claim and unopposed motion to stay the proceedings by 90 days to allow the Commissioner additional time to produce the administrative record. Upon due consideration, the Commissioner's motion to stay is **GRANTED** and the case is **STAYED** until **December 1, 2021,** or until the Commissioner files the answer and transcript, whichever is earlier. The motion to dismiss will remain pending and will be addressed after the stay is lifted.

**DONE** and **ORDERED** in Ocala, Florida on September 7, 2021.

PHILIP R. LAMMENS
United States Magistrate Judge

Copies furnished to:

Counsel of Record
Unrepresented Parties